UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-21385-CIV-ALTONAGA

**YANLI GONG**, *et al.*,

    Plaintiffs,
v.

**NCL (BAHAMAS), LTD.**,

    Defendant.
_____/

**ORDER**

    **THIS CAUSE** came before the Court at a June 3, 2025 hearing (the "Hearing") [ECF No. 23], addressing Defendant, NCL (Bahamas), Ltd.'s Motion to Dismiss and/or Strike Plaintiff's [sic] Amended Complaint [ECF No. 15]. For the reasons stated in open court, it is

    **ORDERED AND ADJUDGED** that the Motion **[ECF No. 15]** is **GRANTED in part**. Plaintiffs have until **June 10, 2025** to file an amended complaint curing the deficiencies discussed at the Hearing.

    **DONE AND ORDERED** in Miami, Florida, this 3rd day of June, 2025.

                                        _____
                                        **CECILIA M. ALTONAGA**
                                        **CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record