We use cookies and other technologies to enhance and personalize your website experience, and as described in our **COOKIE POLICY** and **PRIVACY POLICY**.
You can accept the use by closing this box or continuing to use our site.

NCL   LOG IN



GET TO KNOW OUR CO
Breaking the boundaries of traditional c

# SAFETY AND SECURITY INFORMATION

✉ Sign Up For Special Offers    📞 Let Us Call You    📞 Or Call Us: 1-877-794-8567

## HEALTHY CRUISING

According to the Centers for Disease Control, more than 20 million cases of acute gastroenteritis are reported across the United States each year, primarily on land.

Norwegian Cruise Line takes great effort in maintaining a safe and clean environment. We have stringent protocols in place for cleaning and sanitation on all of our vessels. **According to CDC sanitation inspection reports over the last 10 years, Norwegian is one of the most hygienic cruise lines.**

We collect health questionnaires at the pier to identify anyone that already has symptoms and we place detailed health information fact sheets in each stateroom at embarkation, which outlines potential symptoms of concern and instructs guests on what to do if they are experiencing those symptoms.

Chat with a Live Agent

Once onboard, we recommend and request that all guests carefully observe the good hygiene practice of washing their hands before eating and after using the restroom. We also encourage frequent use of the hand sanitizer dispensers strategically located throughout the ship.

If a guest is diagnosed as having any symptoms, they are asked to stay in their stateroom until their symptoms abate. They receive free medical treatment and medications.

## ADDITIONAL INFORMATION

- **Norwegian Cruise Line Security Guide (PDF)**
- **US Department of Transportation**
- **Prohibited Items List**

Need Help Planning the Perfect Vacation?

# 1.866.234.7350

Sign up to get the hottest cruise deals!

NORWEGIAN CRUISE LINE®

THE NORWEGIAN DIFFERENCE

CRUISING ESSENTIALS

SPECIALS & THEMED CRUISING

OUR COMPANY

TRAVEL PARTNERS

Chat with a Live Agent

© 2025 Norwegian Cruise Line Holdings Ltd.

Legal Notice

Privacy Policy

Your Privacy Rights

Assistive Site

Sitemap

**ENGLISH**

   



**ONLINE OFFER!
20,000 BONUS POINTS = $200 ONBOARD CREDIT**

Residents of the US and its territories only. See full disclosure for details.
Must apply here. Offers vary elsewhere.

**AWARDS**

Voted "Best CruiseLine for Families" 2025 by U.S News & World Report

Chat with a Live Agent