UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:25-cv-21385-CMA

YANLI GONG, Individually and as
Personal Representative for the Estate of
Hyon Duk Shin, deceased, and as Parent
And Natural Guardian of Beneficiaries M.S. and C.S.
(minors), and Beneficiary KWANG SHIN,

      Plaintiffs,

v.

NCL (BAHAMAS), LTD., a Bermuda Corporation
d/b/a NORWEGIAN CRUISE LINES (NCL),

      Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Defendant, NCL (BAHAMAS), LTD., a Bermuda Corporation d/b/a NORWEGIAN CRUISE LINES (NCL), and Plaintiffs, YANLI GONG, Individually and as Personal Representative for the Estate of Hyon Duk Shin, deceased, and as Parent And Natural Guardian of Beneficiaries M.S. and C.S. (minors), and Beneficiary KWANG SHIN, by and through its undersigned counsel, files this Notice of Settlement to advise the Court that the parties have resolved this matter. The parties respectfully request 45 days to complete the settlement documents and to file a Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule 41(a)(1)(A)(ii).

      Dated:  April 4, 2026
            Miami, Florida

               Respectfully submitted,

| By: */s/ Frank Butler* | By:*/s/ Brianna Rosen* |
| --- | --- |
| Frank Butler, Esq. | Jeffrey E. Foreman, Esq. |
| fdblawfirm@aol.com | jforeman@fflegal.com |
| Jana R. Cortina, Esq. | kfehr@fflegal.com |
| jcortina@fightingforfamilies.com | Noah Silverman, Esq. |
| Ivan Smerznak, Esq. | Nsilverman@fflegal.com |

1

**FOREMAN FRIEDMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077**

| | |
|---|---|
| ivan@fightingforfamilies.com<br>Frank D. Butler, P.A.<br>10550 US Highway 19 North<br>Pinellas Park, FL 33782<br>Tel: 727-399-2222/ Fax: 727-399-2202<br>*Attorneys for Plaintiff* | jstgerard@fflegal.com<br>Brianna Rosen, Esq.<br>brosen@fflegal.com<br>FOREMAN FRIEDMAN, PA<br>One Biscayne Tower, Suite 2630<br>2 South Biscayne Boulevard<br>Miami, FL  33131<br>Phone: 305-358-6555<br>Fax: 305-374-9077<br>*Attorneys for Defendant* |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 4, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

*/s/ Brianna Rosen*
Brianna Rosen, Esq.

## SERVICE LIST

Frank Butler, Esq.
fdblawfirm@aol.com
Jana R. Cortina, Esq.
jcortina@fightingforfamilies.com
Ivan Smerznak, Esq.
ivan@fightingforfamilies.com
Frank D. Butler, P.A.
10550 US Highway 19 North
Pinellas Park, FL 33782
Tel: 727-399-2222/ Fax: 727-399-2202
*Attorneys for Plaintiff*

Jeffrey E. Foreman, Esq.
jforeman@fflegal.com
kfehr@fflegal.com
Noah Silverman, Esq.
Nsilverman@fflegal.com
jstgerard@fflegal.com
Brianna Rosen, Esq.
brosen@fflegal.com
FOREMAN FRIEDMAN, PA
One Biscayne Tower, Suite 2630
2 South Biscayne Boulevard
Miami, FL  33131
Phone: 305-358-6555
Fax: 305-374-9077
*Attorneys for Defendant*